```
 1 | GEORGE A. FOSTER (SBN 65824)
   | JOHN BOYCE JR (SBN 123698)
 2 | FOSTER ♦ WALSH, LLP
   | 9201 Spectrum Center Boulevard, Suite 210
 3 | San Diego, CA  92123
   | Telephone:  (858) 300-9950
 4 | Facsimile:  (858) 300-9951
   | gfoster@fosterwalsh.com
 5 |
 6 | Attorneys for Defendant RAUL CANIZALES
   |        dba EL POLLO LOCO
 7 |
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD | Case No.  08cv0917 BTM (WMc) |
| Plaintiff, | **REQUEST FOR JURY TRIAL** |
| vs. | |
| RAUL CANIZALES dba EL POLLO LOCO; S S & B, | |
| Defendants, | |

Defendant RAUL CANIZALES dba EL POLLO LOCO hereby requests a jury trial in the above-referenced matter.

Respectfully submitted,

Dated: August 26, 2008

FOSTER ♦ WALSH, LLP

By: _____
George A. Foster
John Boyce Jr
Attorneys for Defendant RAUL CANIZALES dba EL POLLO LOCO

| | |
|---|---|
| 1 | GEORGE A. FOSTER (SBN 65824)<br>JOHN BOYCE JR (SBN 123698) |
| 2 | FOSTER ♦ WALSH, LLP<br>9201 Spectrum Center Boulevard, Suite 210 |
| 3 | San Diego, CA  92123<br>Telephone:  (858) 300-9950 |
| 4 | Facsimile:  (858) 300-9951<br>gfoster@fosterwalsh.com |
| 5 | |
| 6 | Attorneys for Defendant RAUL CANIZALES<br>        dba EL POLLO LOCO |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA  HUBBARD | | Case No.   08cv0917 BTM (WMc) |
| | Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | | |
| RAUL CANIZALES dba EL POLLO LOCO; S S & B, | | |
| | Defendants, | |

I, the undersigned, do declare and state as follows:

I am over the age of eighteen (18) years and not a party to this action.  My business address is 9201 Spectrum Center Boulevard, Suite 210, San Diego, CA 92123, which is located in the city, county and state where the mailing described below took place.

☒    On August 26, 2008, I deposited in the United States Mail, postage prepaid, at San Diego, California, a true and correct copy of the following documents:

**ANSWER OF DEFENDANT RAUL CANIZALES dba EL POLLO LOCO TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**REQUEST FOR JURY TRIAL**

///

1   ☒  On Tuesday, August 26, 2008, I caused a true and correct copy of the above
2 document(s) to be delivered by CM/ECF electronic mail to the parties listed below:
3   Parties served as follows:
4 Adam Sorrells, Esq.
Lynn Hubbard, III
5 12 Williamsburg Lane
Chico, CA 95926
6 Telephone: (530) 895-3252
Fax: (530) 894-8244
7 Attorneys for Plaintiffs
8   I declare under penalty of perjury under the laws of the State of California that the
9 foregoing is true and correct and that this declaration was executed on August 26, 2008 in San
10 Diego, California.

*/s/ Robin Stewart*

Robin Stewart